# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

DANIEL THOMAS DELONG,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2023-0834

_____

May 3, 2024

Appeal from the Circuit Court for Sarasota County; Donna Padar, Judge.

Howard L. Dimmig, II, Public Defender, and Andrea M. Norgard, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Cynthia Richards, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

SILBERMAN, VILLANTI, and LUCAS, JJ., Concur.

_____

Opinion subject to revision prior to official publication.